EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Maritza Ortiz Sánchez | 2019 TSPR 115<br><br>202 DPR ____ |

Número del Caso:  TS-19,522


Fecha: 21 de junio de 2019


Abogado de la parte peticionaria:

        Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Maritza Ortiz Sánchez

TS-19,522

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de junio de 2019.

Examinada la *Moción en solicitud de reinstalación a la abogacía y notaría* presentada por la peticionaria, se reinstala a la señora Maritza Ortiz Sánchez al ejercicio de la abogacía y la notaría.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Colón Pérez proveería no ha lugar a la moción de reinstalación presentada por la señora Ortiz Sánchez. La Jueza Presidenta Oronoz Rodríguez y el Juez Asociado señor Rivera García no intervinieron. La Jueza Asociada señora Pabón Charneco no interviene.

Jose Ignacio Campos Pérez
Secretario del Tribunal Supremo